# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139827

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ARBIB Estate.

_____

CHRISTINE ARBIB, Former Personal
Representative of the Estate of EUGENE ARBIB,
and JAMES HALVORSON, Personal
Representative Successor,
              Respondents-Appellees,

v

CATHERINE J. ARBIB, CYNTHIA J. PIERSON,
CHARLES ALLAN ARBIB, and STPEHANIE
ANN MCCALISTER f/k/a STEPHANIE ANN
ARBIB,
              Petitioners-Appellants.

SC: 139827
COA: 282004
Mackinac Probate Court:
04-007221-DE

_____/

On order of the Court, the application for leave to appeal the September 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

Clerk

s0125